184 So.2d 736

George PALMER

v.

WILLEMET-STOUSE ELECTRIC
COMPANY et al.

No. 48158.

April 15, 1966.

In re: George Palmer applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 183 So.2d 373.

Writ refused. No error of law under the facts found by the Court of Appeal.